United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROSS BELSKY ALONSO LLP,

    Plaintiff(s),

vs.

HENRY EDELSON and ROBERT DeBENEDICTIS,

    Defendant(s).

No. C 08-4666 MEJ

**ORDER RE-CALENDERING DEFENDANT ROBERT DEBENEDICTIS' MOTION TO DISMISS**

On October 28, 2008, the Court granted Defendant Robert DeBenedictis' motion to continue his pending motion to dismiss (Dkt. #5, 11).  Due to inadvertent error, the Court also denied Defendant's motion without prejudice.  The Court hereby VACATES its order as it relates to the dismissal and re-calendars Defendant's motion for hearing on December 4, 2008 AT 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 28, 2008

MARIA ELENA JAMES
United States Magistrate Judge